# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-088

**Effective Date of Registration:**
June 24, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Black Dragon Breath |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | May 06, 2020 |
| **Nation of 1st Publication:** | Russia |

## Author

| | |
|---|---|
| • **Author:** | Yuliya Zabelina |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Yuliya Zabelina |
| | Chehova street 43, Stupino, 142804, Russia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Yuliya Zabelina |
| **Email:** | era7mechaartist@gmail.com |
| **Address:** | Chehova street 43 |
| | Stupino 142804 Russia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 24, 2025 |
| **Applicant's Tracking Number:** | YZ2025062501 |

