IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YULIYA ZABELINA,

                    Plaintiff,                    Civil Action No. 26-cv-483

v.

SCHEDULE A DEFENDANTS,

                    Defendants.

**MOTION FOR 1) TEMPORARY RESTRAINING ORDER, 2) ORDER RESTRAINING ASSETS AND MERCHANT STOREFRONTS, 3) ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND 4) ORDER AUTHORIZING EXPEDITED DISCOVERY**

Plaintiff now moves this Court for an Order granting: 1) a temporary restraining order, 2) an order restraining assets and merchant storefronts, 3) an order to show cause why a preliminary injunction should not issue, and 4) an order authorizing expedited discovery against the Defendants identified on Schedule "A" to the Complaint.  Plaintiff is concurrently filing a Motion to File Under Seal, and if that is granted, Plaintiff will then file the papers supporting this Motion and a proposed Order under seal.

                    Respectfully submitted,

Dated: March 24, 2026               /s/ Stanley D. Ference III
                              Stanley D. Ference III
                              Pa. ID No. 59899
                              courts@ferencelaw.com

                              FERENCE & ASSOCIATES LLC
                              409 Broad Street
                              Pittsburgh, Pennsylvania 15143
                              (412) 741-8400 – Telephone
                              (412) 741-9292 – Facsimile

                              Attorneys for Plaintiff